# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIUSEPPE ALESCIO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANWORTH MORTGAGE ASSET ) <br> CORPORATION, JOSEPH E. MCADAMS, ) <br> JOE E. DAVIS, ROBERT C. DAVIS, MARK ) <br> S. MARON, LLYOD MCADAMS, ) <br> DOMINIQUE MIELLE, READY CAPITAL ) <br> CORPORATION, and RC MERGER ) <br> SUBSIDIARY, LLC, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-00258-JGK |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 19, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*